IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11236-EE
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NICHOLAS NARBONE

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

BEFORE: TJOFLAT, MARTIN, and JILL PRYOR, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).